# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II    **Investigating Agency** DEA |
| **City** Boston | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ <br> Same Defendant _____ New Defendant X <br> Magistrate Judge Case Number _____ <br> Search Warrant Case Number  see below <br> R 20/R 40 from District of _____ |

**Defendant Information:**

| | |
|---|---|
| Defendant Name | Zhendi Wang    Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No |
| Alias Name | |
| Address | (City & State) Wuhan, China |

Birth date (Yr only): 1979    SSN (last4#): ____    Sex M    Race: Asian    Nationality: Chinese

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Lindsey Weinstein    Bar Number if applicable 676933

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Chinese

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/02/2023    Signature of AUSA: *Lindsey E. Weinstein*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Zhendi Wang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | money laundering conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  22-6098- and 6099-MPK; 23-6008, 6009, 6010-MPK; 23-6300, 6301, 6302-MPK;

23-8132-PGL; 23-6190-MPK

23-MJ-7324, 7325, 7326, 7327, 7328-JCB