UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) | Criminal No. 24-10034 (ADB) |
| ZHENDI WANG, ) | |
| ) | |
| Defendant ) | |

**MOTION FOR CHANGE OF PLEA HEARING UNDER F.R.C.P. 11**

Defendant Zhendi Wang respectfully requests the Court to calendar a change of plea hearing under F.R.C.P 11. Furthermore, if at all possible, Mr. Wang respectfully requests the change of plea hearing to take place at any time on November 12, 13, or 14. As the Court may recall, Mr. Wang requires the services of a Chinese language interpreter.

October 25, 2024

Respectfully submitted,

ZHENDI WANG

By his attorney,

*/s/ Florian Miedel*
Florian Miedel (*admitted pro hac vice*)
Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor
New York, New York 10007
(212) 616-3042
fm@fmamlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2024, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

                 */s/ Florian Miedel*
                 Florian Miedel