UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 24-CR-10034-ADB |
| ) | |
| ZHENDI WANG ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

On November 14, 2024, the defendant pleaded guilty to a one-count Superseding Information charging him with Operation of an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. §§ 1960 and (b)(1)(A). There is a binding plea agreement ("Plea Agreement") in this case, pursuant to Rule 11(c)(1)(C). *See* D.E. 88.

The Final Presentence Report ("PSR") prepared by the United States Probation Office ("Probation"), dating December 6, 2024, correctly concluded that the defendant's advisory guideline sentencing range ("GSR") was 18 to 24 months, based on a Total Offense Level of 15 and a Criminal History Category I. The government agrees that the defendant's base offense level is 6 pursuant to USSG § 2S1.3(a)(1). The parties agree that the offense level is increased by 14 because the values of the funds laundered was between $550,000 and $1,500,000 pursuant to USSG § 2S1.3(a)(2) and § 2B1.1(b)(1)(H).[1] As set forth in the PSR and Plea Agreement, the defendant should receive a three-level downward adjustment for acceptance of responsibility pursuant to USSG § 3E1.1. The government agrees with Probation that the defendant meets the

---

[1] The government believes there is a scrivener's error in the PSR related to the contents of the plea agreement's offense level calculation because it states the "offense level is decreased by 14." *See* PSR ¶ 3(b). The plea agreement states that the "offense level is increased by 14." *See* D.E. 88 ¶ 4(b). Probation agrees that the offense level is increased by 14. PSR ¶ 19. The government requests that this clerical error be modified in the PSR.

criteria set forth in USSG §§ 4C1.1(a)(1)-(11) and his offense level should be reduced by two levels. USSG §§ 4C1.1(a) and (b). His total offense level therefore is 15 and with a Criminal History Category of I, his corresponding GSR is 18 to 24 months.

The facts are uncontested and are set forth in detail in ¶¶ 8-14 in the PSR. For the reasons set forth herein, and as detailed in the PSR, as well as those that will be addressed at the sentencing hearing, the government believes that a sentence of 20 months, followed by one year of supervised release and forfeiture to the extent detailed in ¶ 7 of the Plea Agreement, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By:   */s/ Lindsey E. Weinstein*
LINDSEY E. WEINSTEIN
EVAN D. PANICH
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Dated: December 10, 2024

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Lindsey Weinstein*
Lindsey Weinstein
Assistant United States Attorney

Date:  December 10, 2024

2